Noel M. Hicks
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant CarMax Auto Superstores, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL UDESKY, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC., a Virginia Corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00546-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant CarMax Auto Superstores, Inc. ("Defendant") and Plaintiff Michael Udesky ("Plaintiff") hereby request a two-week extension of time, up to and including, May 20, 2022 for Defendant to file its response to Plaintiff's Complaint (ECF No. 1, Ex. A.)  The present deadline for Defendant to file its response is May 6, 2022.  This is the parties' first request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay.  The parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate this matter.  If not, Defendant would like the additional time to prepare a response to the Complaint and/or file a Motion to Compel Arbitration.

/ / /

/ / /

1  As a result, good cause exists to extend the response deadline. Therefore, the parties
2  respectfully request a two-week extension of time up to and including May 20, 2022 for Defendant
3  to file its response to Plaintiff's Complaint.

4  DATED this 5th day of May, 2022.                    DATED this 5th day of May, 2022.

5  RYAN ALEXANDER, CHTD.                               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ [signature]                                       /s/ [signature]

Ryan Alexander                                        Noel M. Hicks
Nevada Bar No. 10845                                  Nevada Bar No. 13893
3017 West Charleston Blvd., Ste. 10                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Las Vegas, NV 89102                                   10801 W. Charleston Blvd.
*Attorneys for Plaintiff*                             Suite 500
                                                      Las Vegas, NV 89135
                                                      *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: May 5th, 2022