NOEL M. HERNANDEZ
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant CarMax Auto Superstores, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL UDESKY, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC., a Virginia Corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00546-RFB-EJY<br><br>**STIPULATION AND ORDER TO LIFT STAY AND DISMISS CASE**<br><br>(***First Request***) |

Defendant CarMax Auto Superstores, Inc. ("Defendant") and Plaintiff Michael Udesky ("Plaintiff"), by and through respective counsel, hereby request that the stay in this matter be lifted so that the parties may dismiss this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Specifically, Defendant and Plaintiff hereby stipulate that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice, in their entirety. Each party is to bear their own fees and costs.

DATED this 13th day of December, 2024.

RYAN ALEXANDER, CHTD.

*/s/ Ryan Alexander/*
Ryan Alexander
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorneys for Plaintiff*

DATED this 13th day of December, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Noel M. Hernandez/*
Noel M. Hernandez
Nevada Bar No. 13893
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**

December 16, 2024
**DATED**

87108078.v1-OGLETREE